UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES LLC;<br><br>    Plaintiff,<br><br>vs.<br><br>MARYLYNE PATAO;<br>    Defendant. | Case No.: SACV 11-01494-CJC(RNBx)<br><br>JUDGMENT |

On September 26, 2011, Plaintiff Aurora Loan Services LLC ("Aurora") brought suit against Defendant Marylyne Patao arising from two purportedly fraudulent "UCC Financing Statements" establishing that Aurora owes Ms. Patao a debt over ten million dollars secured by the property located at 10400 Ashdale Street in Stanton, California, where Ms. Patao resides and which was sold to Aurora in a nonjudicial foreclosure sale in February 2011. (Dkt. No. 1.) In the Complaint, Aurora asserted one cause of action

against Ms. Patao for unauthorized recording of a UCC Financing Statement in violation of California Commercial Code section 9509.

On March 28, 2012, the Court granted Aurora's motion for default judgment against Ms. Patao.  (Ct. Order, Dkt. No. 16, Mar. 28, 2012.)  The Court ordered entry of default judgment in favor of Aurora on the Complaint; entry of declaratory judgment in favor of Aurora as to UCC financing statements recorded as document 2011000062689 and 2011000096222; that the documents be expunged from the public record; and statutory damages in the amount of $500 for each violation of section 9509 pursuant to section 9625(e)(3) of the California Commercial Code, for a total of $1000.  (*Id.*)  The Court, however, denied Aurora's request for permanent injunctive relief and also declined to award Aurora reasonable attorneys and costs.  (*Id.*)

ACCORDINGLY, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that:

(1)  Declaratory judgment is entered in favor of Aurora regarding the UCC financing statements recorded as document numbers 2011000062689 and 2011000096222, which were improperly filed and violated California Commercial Code section 9509;

(2)  The UCC financing statements recorded as document numbers 2011000062689 and 2011000096222 are to be expunged from the public record; and

(3)  Aurora is entitled to recover statutory damages in the total amount of $1,000 from Ms. Patao.

DATED:     April 4, 2012

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE